UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE FRANCIS HINGADA,<br><br>Plaintiff,<br><br>vs.<br><br>AXIS SPECIALTY U.S. SERVICES, INC. and DOES 1 to 10,<br><br>Defendants. | CASE NO.: 2:16-cv-00832 SVW (SPx)<br><br>[Assigned for all purposes to:<br>Hon. Stephen V. Wilson, Courtroom 6]<br><br>[PROPOSED] JUDGMENT |

This action came before the Court, Hon. Stephen V. Wilson Presiding, on the motion of Defendant AXIS SPECIALTY U.S. SERVICES, INC. ("Defendant") for summary judgment, or in the alternative, partial summary judgment ("Motion") with the evidence presented having been fully considered and a decision having been duly rendered in granting Defendant's Motion.

/ / /

/ / /

/ / /

/ / /

**THEREFORE, IT IS SO ORDERED AND ADJUDGED** that the Plaintiff Marie Francis Hingada take nothing, that the action be dismissed with prejudice on the merits and that Defendant recover its costs.

DATE: 8/30/16

HON. STEVEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE